UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20990-CIV-MARTINEZ

PAUL MONTERO,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon the Unopposed Motion to Stay Pending *En Banc* Review. (ECF No. 4). Plaintiff brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). (ECF No. 1-1). The question about whether claimants have Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's en banc rehearing of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021). After careful consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Unopposed Motion, (ECF No. 4), is **GRANTED**.

    2.    This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

    3.    The Parties shall file a joint status report **within seven days** of the issuance of an opinion in *Hunstein*.

    4.    This case is **CLOSED for administrative purposes**. All pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

    DONE and ORDERED in Chambers at Miami, Florida this 12 day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record